**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6259**

CORNELIUS ERNIE YOHE, JR.,

                    Plaintiff - Appellant,

          v.

CAPTAIN OWENS; DENISE HOOKER; TOMMY L. PAGE, JR.; ZEB T. HEATH,
JR.,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge. (5:14-ct-03315-FL)

Submitted: April 19, 2016          Decided: April 22, 2016

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Cornelius Ernie Yohe, Jr., Appellant Pro Se.   Kari Russwurm
Johnson, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cornelius Ernie Yohe, Jr., seeks to appeal the district court's order denying in part his pretrial motion requesting that the court provide certain documents. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Yohe seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED